In the Matter of the Claim of ADELAIDE G. RUSSELL, Appellant, against PUBLIC HEALTH NURSING ASSOCIATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the State Industrial Board, determining that she did not sustain accidental injuries. Claimant was employed as a public health nurse by the Public Health Nursing Association. She testified that on June 13, 1936, she was carrying a nursing bag, weighing nine pounds, on her right arm and that she always carried the bag in that way. On the following day she noticed a large red spot on the arm. A day later another red spot was discovered under the right arm. She also testified that she never had any previous trouble and that on June thirteenth she did not fall or hurt her arm in any way. She alleges that as a result of carrying the bag she sustained brachial thrombosis of the right arm. Her physician testified that he could not conjecture that pressure of the bag caused the thrombosis. He also stated the condition could be due to other causes. The State Industrial Board found that claimant had not sustained an accidental injury arising out of and in the course of her employment. The evidence sustains the finding. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IDA M. FARLEY and Another, Respondents, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Deceased employee was a platform attendant of the employer in its subway. He came to his death because of multiple injuries received when he was struck by a train. His duties ordinarily were discharged on the platform in aiding passengers; also he turned on or off tunnel lights; to do the latter he would ride from one subway station to another, the light switches being reached from a station platform. At times of emergency he was required to go upon the tracks; his purpose in going upon the tracks, upon the day of his injury, was not found by the Board, except that he went in discharge of his duties. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.